**Motion Granted; Appeal Dismissed and Memorandum Opinion filed April 28, 2026**



In The

# Fifteenth Court of Appeals

---

## NO. 15-24-00099-CV

---

**STATE OF TEXAS, Appellant**

**V.**

**JACQUELYN CALLANAN, IN HER OFFICIAL CAPACITY AS BEXAR COUNTY ELECTIONS ADMINISTRATOR; PETER SAKAI, IN HIS OFFICIAL CAPACITY AS BEXAR COUNTY JUDGE; REBECA CLAY-FLORES, IN HER OFFICIAL CAPACITY AS BEXAR COUNTY COMMISSIONER; JUSTIN RODRIGUEZ, IN HIS OFFICIAL CAPACITY AS BEXAR COUNTY COMMISSIONER; GRANT MOODY, IN HIS OFFICIAL CAPACITY AS BEXAR COUNTY COMMISSIONER; AND TOMMY CALVERT, IN HIS OFFICIAL CAPACITY AS BEXAR COUNTY COMMISSIONER, Appellee**

**On Appeal from the 73rd District Court**
**Bexar County, Texas**
**Trial Court Cause No. 2024-CI-19710**

## MEMORANDUM OPINION

This is an interlocutory appeal from an order signed September 16, 2024. The appeal was abated on September 18, 2024, due to the removal of the underlying case to the United States District Court for the Western District of Texas. On April 14, 2026, after the case had been remanded to state court, appellant filed an unopposed motion to reinstate the case and dismiss the appeal. *See* Tex. R. App. P. 42.1.

We lift the abatement, reinstate the case, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.